App. Div.]              First Department, June, 1913.

Andrecz Jasinski v. Interborough Rapid Transit Company.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

German Savings Bank in the City of New York v. Philip Wagner, as Committee, etc.— Motion denied. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

In the Matter of the Mayor of the City of New York (In the Matter of Walton Avenue).— Motion granted. Present— Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

H. E. Taylor & Company v. John H. Fitzpatrick.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Leonye V. Bauduy v. Mail and Express Company.— Motion granted. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Hermann H. Cammann and Others v. Theodorus Bailey and Others.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Eliza Goldstein v. Sarah E. Galinger and Others.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

George W. Walker v. Anna Dressler.— Motion granted. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

David Greenberger v. Queens County Water Company.— Motion granted, without costs, on condition that the motion for leave to appeal be heard and submitted to this court on July 8, 1913; otherwise, the motion will be denied. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

In the Matter of the Board of Rapid Transit Railroad Commissioners (In the Matter of Third Avenue Route, Seventh and Eighth Avenue Route, Fourteenth Street Route, White Plains Road Route).— Motions granted. Orders to be settled on notice. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

In the Matter of Alfred T. Rowe, an Attorney.— Referred to official referee. Order to be settled on notice. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

The City of New York v. Uvalde Asphalt Paving Company.— Motion granted. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Minna Regierer v. Oscar Passavant, as Executor, etc.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Fred D. Rhodes v. Theodore Starrett Company.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.

Benjamin Goldberg v. Benjamin Shapiro.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., Laughlin, Scott, Dowling and Hotchkiss, JJ.